IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WARREN MCCOWAN,

    Plaintiff,

v.        No.    2:17-cv-00902-MLC-KRS

THE CITY OF LAS CRUCES, NEW MEXICO A/K/A LS CRUCES POLICE DEPARTMENT and MARK MORALES,

    Defendants.

## SETTLEMENT MEMORANDUM

**DATE:  August 17, 2020**

The following individuals participated in a settlement conference conducted by Zoom:

Plaintiff:

1. Warren McCowan;
2. Attorney James Tawney;
3. Attorney Daisy Chaparro.

Defendant:

1. Attorney Cody Rogers;
2. Attorney Mark Standridge;
3. Roberto Cabello, City of Las Cruces;
4. David Dollahon, City of Las Cruces.

After engaging in good faith negotiations from 10:05 a.m. until 1:07 p.m., the parties were unable to achieve a mutually acceptable resolution. Consequently, the matter did not settle and no agreement has been reached.