# Mark Standridge

| | |
|---|---|
| **From:** | Mark Standridge |
| **Sent:** | Monday, March 9, 2020 4:12 PM |
| **To:** | James Tawney; Cody R. Rogers |
| **Cc:** | Daisy Chaparro; Nick Nillo; Erica Reeves |
| **Subject:** | RE: McCowan v. CLC |

Alright—Mr. Moralez and either myself or Cody can be available April 21, 22, or 24.

Please let us know of dates in May when we can depose plaintiff and Glenn Walp.

Thanks,

Mark Standridge

**Exhibit C**