# Mark Standridge

| | |
|---|---|
| **From:** | Mark Standridge |
| **Sent:** | Tuesday, April 14, 2020 4:13 PM |
| **To:** | James Tawney; Nick Nillo; Daisy Chaparro; Cody R. Rogers |
| **Cc:** | Erica Reeves |
| **Subject:** | RE: McCowan v. CLC |

Thank you James.  We are generally available the week of May 11 to 15 for the parties' depositions.  <u>Please confer with Mr. Walp on his availability for us to depose him in Arizona.</u>

I am a bit confused about your request for supplementation. The subpoena duces tecum seemed to go well beyond the 23 Requests for Production that you served in this matter & to which we responded and subsequently supplemented some time ago.

-Mark Standridge



**Las Cruces Office**:
1485 N. Main Street, Suite B
Las Cruces, NM 88001
Phone: (575) 222-1000
Facsimile: (575)652-4752

**El Paso Office**:
906 N. Mesa, 2nd Floor
El Paso, TX 79902
Phone (915) 308-1000
Facsimile: (915)300-0283

**Carlsbad Office:**
102 W. Hagerman St., Suite D
Carlsbad, NM 88220
Phone: (575) 222-1000
Facsimile: (575)652-4752

**Web**: www.ftalawfirm.com

**Exhibit D**