# Mark Standridge

| | |
|---|---|
| **From:** | James Tawney <jtawney@ftalawfirm.com> |
| **Sent:** | Monday, July 27, 2020 12:54 PM |
| **To:** | Mark Standridge; Cody R. Rogers |
| **Cc:** | Daisy Chaparro |
| **Subject:** | McCowan v. City of Las Cruces |

Mark and Cody,

We finally heard back from our expert Dr. Walp. He just had major back surgery and will not be available for deposition prior to the close of discovery. We can agree to present him for deposition after the close of discovery so that he can recover and you can depose him prior to trial.

Thank you,

James Tawney

1

**Exhibit E**