IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



FILED

2:44 pm, 8/28/20

U.S. Magistrate Judge

| | |
|---|---|
| WARREN MCCOWAN,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF LAS CRUCES, NEW MEXICO A/K/A LAS CRUCES POLICE DEPARTMENT and MARK MORALES<br><br>Defendants. | Case No.: 2:17-cv-00902-SWS-MLC |

**ORDER ON EXPEDITED MOTION TO VACATE TRIAL SETTING AND EXTEND CERTAIN PRETRIAL DEADLINES**

THIS MATTER comes before the Court upon the Expedited Motion to Vacate Trial Setting and Extend Certain Pretrial Deadlines [Doc. 93] filed, unopposed, by Mark Morales. Being now apprised of the facts and circumstances of the Motion, the Court finds it is for good cause and should be granted.

IT IS HEREBY ORDERED that all existing deadlines and hearings, including the jury trial, are VACATED;

IT IS FURTHER ORDERED that on September 11, 2020, at 9:00 AM, the Court will hold an additional status conference.

Dated this 28th day of August, 2020.

_____
MARK L. CARMAN
UNITED STATES MAGISTRATE JUDGE