## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**WARREN McCOWAN,**

    Plaintiff,

v.   No. 17-cv-00902-MLC-KRS

**THE CITY OF LAS CRUCES, NEW MEXICO A/K/A LAS CRUCES POLICE DEPARTMENT And MARK MORALEZ,**

    Defendants.

## STIPULATED NOTICE OF SETTLEMENT

DEFENDANT, by and through his counsel of record, Jarmie & Rogers, P.C., and Plaintiff Warren McCowan, by and through his attorneys, Flores, Tawney & Acosta P.C., hereby notify the Court that all parties have agreed to terms of settlement and a final Stipulation of Dismissal will be filed with the Court upon satisfactory completion of all settlement terms.

    Respectfully submitted,

     /s/ Cody R. Rogers
    Cody R. Rogers
    Jarmie & Rogers, P.C.
    2540 El Paseo, Ste. D
    Las Cruces, N.M. 88001
    (575) 288-1453
    crogers@jarmielaw.com
    *Attorneys for Defendant Mark Morales*

Approved:

*Approved via e-mail 2/16/2021*
James D. Tawney
Flores, Tawney & Acosta P.C.
1485 N. Main St., Suite B
Las Cruces, NM  88001
Tel. (575) 222-1000
jtawney@ftalawfirm.com
*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that I filed the foregoing with this Court's CM/ECF filing system, causing a true and correct copy to be served electronically on all registered counsel of record on this 16th day of February, 2021, as reflected more fully in the Notice of Electronic Filing.

*/s/ Cody R. Rogers*
Cody R. Rogers
Jarmie & Rogers, P.C.