UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**WARREN McCOWAN,**

    Plaintiff,

v.                                       No.  17-cv-00902-MLC-KRS

**THE CITY OF LAS CRUCES, NEW MEXICO
A/K/A LAS CRUCES POLICE DEPARTMENT
And MARK MORALEZ,**

    Defendants.

## JOINT MOTION TO DISMISS ALL CLAIMS

**COMES NOW** Plaintiff, by and through his attorneys of record Flores, Tawney & Acosta P.C., and Defendants, by and through their attorneys of record Jarmie & Rogers P.C., and pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate to the dismissal with prejudice of all claims made in the above-captioned lawsuit, with each party to bear its own attorney's fees and costs.

**WHEREFORE**, Plaintiff and Defendants request that the Court enter an order dismissing with prejudice all claims made against Defendants in this case.

                                            Respectfully submitted,

                                            */s/ Cody R. Rogers*
                                            Cody R. Rogers
                                            Jarmie & Rogers, P.C.
                                            2540 El Paseo, Ste. D
                                            Las Cruces, N.M. 88001
                                            (575) 288-1453
                                            crogers@jarmielaw.com
                                            Attorneys for Defendants

Approved:

*Approved via e-mail on March 17, 2021*
James D. Tawney
Flores, Tawney & Acosta P.C.
1485 N. Main St., Suite B
Las Cruces, NM 88001
Tel. (575) 222-1000
jtawney@ftalawfirm.com
Attorneys for Plaintiff

I hereby certify that on March 17, 2021 I filed the foregoing through this Court's CM/ECF filing system, causing a true and correct copy of the same to be served electronically upon all counsel of record as more fully reflected in the Notice of Electronic Filing.

 /s/ Cody R. Rogers
Cody R. Rogers
Jarmie & Rogers P.C.