

FILED
9:42 am, 3/19/21
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WARREN McCOWAN,

    Plaintiff,

v.   No.  17-cv-00902-MLC-KRS

THE CITY OF LAS CRUCES, NEW MEXICO
A/K/A LAS CRUCES POLICE DEPARTMENT
And MARK MORALEZ,

    Defendants.

### ORDER ON JOINT MOTION TO DISMISS ALL CLAIMS

The Court, upon joint motion of the Plaintiff and Defendants, and being advised of the Parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(2), hereby dismisses all claims made against Defendants in the above captioned case with prejudice.

    **IT IS SO ORDERED.**

_____
The Hon. Mark L. Carman
United States Magistrate Judge